Robert B. Wolinsky (*pro hac vice motion forthcoming*)
Kathryn L. Marshall (SBN 282042)
robert.wolinsky@hoganlovells.com
kathryn.marshall@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone:  (202) 637-5672
Facsimile:  (202) 637-5910

Attorneys for Plaintiff
NEMETONA TRADING LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMETONA TRADING LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KURT ORBAN PARTNERS, LLC,<br><br>　　　　　Defendant.<br>─────────────────────<br>KURT ORBAN PARTNERS, LLC,<br><br>　　　　　Counter-Claimant,<br><br>　v.<br><br>NEMETONA TRADING LIMITED,<br><br>　　　　　Counter-Defendant. | Case No. 3:14-cv-03284-SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 6-1(a), Plaintiff and Counter-Defendant Nemetona Trading Limited ("Nemetona Trading") and Defendant and Counter-Claimant Kurt Orban Partners, LLC ("Kurt Orban Partners"), by and through their counsel, stipulate as follows:

WHEREAS, the Court has set a Case Management Conference in the above-captioned matter for 2:30 p.m. on October 31, 2014;

1    WHEREAS, the Case Management Conference obligates the Parties to
2 submit a Joint Case Management Statement to the Court on or before October 24,
3 2014;
4    WHEREAS, settlement discussions have progressed significantly, and the
5 Parties expect to resolve this matter via settlement and seek to preserve the time and
6 resources of the Court;
7    WHEREAS, in light of the Parties' settlement discussions, the Parties
8 request a 42-day continuance of the Case Management Conference set for October
9 31, 2014, and the foregoing related deadline, in a further effort to preserve the
10 resources of the Parties and the Court;
11    WHEREAS, no prior extensions of these dates have been sought by either
12 party;
13    IT IS HEREBY STIPULATED, by and between the Parties, through their
14 undersigned counsel of record, and subject to the Court's approval, that:
15  1.  The Case Management Conference is continued by 42 days to December
16     12, 2014 at 2:30 p.m.
17  2.  The Parties shall file the Joint Case Management Statement on or before
18     December 5, 2014.
19  3.  All other deadlines not specifically referenced herein, and all other terms
20     of the Court's order setting the Case Management Conference, remain
21     unchanged.

| | | |
|---|---|---|
| 1 | Dated: October 23, 2014 | Respectfully submitted, |
| 2 | | NEMETONA TRADING LIMITED |
| 3 | | By its attorneys, |

    /s/ Robert B. Wolinsky
Robert B. Wolinsky (*pro hac vice forthcoming*)
Kathryn L. Marshall (SBN 282042)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.marshall@hoganlovells.com
robert.wolinsky@hoganlovells.com

KURT ORBAN PARTNERS, LLC

By its attorney,

    /s/ Mark Angert
Mark Angert (SBN 238996)
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755
mangert@swsslaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/27/14   _____
                                      Hon. Susan Illston

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2014, I caused a copy of the foregoing Stipulation to Continue Case Management Conference on all parties to this action through the CM/ECF electronic filing system of the Clerk of the Court. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Counsel representing the parties to this action are registered users of the CM/ECF system.

          /s/ Robert B. Wolinsky