UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMETONA TRADING LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>KURT ORBAN PARTNERS, L.L.C.,<br><br>    Defendant. | Case No.  14-cv-03284-SI<br><br>**ORDER TO PROVIDE REPORT RE: STATUS** |

On May 1, 2015, the Court granted Orban's motion for sanctions against Nemetona, and held Nemetona in civil contempt for failing to comply with the Court's previous order enforcing a settlement agreement between the parties. Docket No. 50. Therein, the Court (1) awarded Orban attorneys' fees, (2) ordered Nemetona to either release the TMK pipe in accordance with the Court's prior enforcement order or compensate Orban in the amount of $123,440.03, (3) ordered Nemetona to dismiss this lawsuit with prejudice in accordance with the Court's prior enforcement order, and (4) fined Nemetona $1,000 for each day it remained in non-compliance with the Court's order.

**The Court ORDERS the parties to file a statement apprising the Court of the current status of the case no later than July 9, 2015.** Given the current stage of the litigation, the Court anticipates administratively closing the case.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
SUSAN ILLSTON
United States District Judge