UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMETONA TRADING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>KURT ORBAN PARTNERS, L.L.C.,<br><br>Defendant. | Case No. 14-cv-03284-SI<br><br>**ORDER RE: JUDGMENT** |

On May 1, 2015, the Court granted Orban's motion for sanctions against Nemetona, and held Nemetona in civil contempt for failing to comply with the Court's previous order enforcing a settlement agreement between the parties. Docket No. 50. Therein, the Court (1) awarded Orban attorneys' fees, (2) ordered Nemetona to either release the TMK pipe in accordance with the Court's prior enforcement order or compensate Orban in the amount of $123,440.03, (3) ordered Nemetona to dismiss this lawsuit with prejudice in accordance with the Court's prior enforcement order, and (4) fined Nemetona $1,000 for each day it remained in non-compliance with the Court's order. *Id.* The fines are payable to Orban.

On July 9, the parties apprised the Court of the current status of the litigation. Docket Nos. 57, 58. It appears that Nemetona has made no attempt to comply with the Court's sanctions order, nor has it dismissed this action. As of today, Nemetona owes Orban (1) $123,440.03 for failure to deliver the TMK pipe, (2) $5,335 in attorney's fees, (3) and $76,000 in fines for failure to comply with the Court's order (from May 2, 2015 to July 16, 2015).

Accordingly, the Court will enter judgment against Nemetona in favor of Orban in the

amount of $204,775.03. Nemetona will continue to accrue penalties in the amount of $1,000 per day, payable to Orban, as outlined in the Court's sanctions order Docket No. 50.

**IT IS SO ORDERED.**

Dated: July 16, 2015

                                                                                       _____
SUSAN ILLSTON
United States District Judge