United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMETONA TRADING LIMITED, | Case No. 14-cv-03284-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KURT ORBAN PARTNERS, L.L.C., | |
| Defendant. | |

Judgment is hereby entered in favor of Kurt Orban Partners, L.L.C. and against Nemetona Trading Limited, in the amount of $204,775.03.

**IT IS SO ORDERED.**

Dated: July 16, 2015

SUSAN ILLSTON
United States District Judge